UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:15-cv-02173-JSM-MAP

HOWARD COHAN,

     Plaintiff,

vs.

EBB TIDE MOTEL.COM INC.,
a Florida Profit Corporation,
d/b/a/ EBB TIDE MOTEL,

     Defendant(s).

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE WITH PREJUDICE

THIS CAUSE came before the Court on the Plaintiff's Motion to Dismiss Case without Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure (the "Motion"), filed herein on March 30, 2016. The Court has carefully considered the Motion and is otherwise fully advised of the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion is **GRANTED**;

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Middle District, Florida this 3/ day of March, 2016.

UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record